PER CURIAM.
Affirmed. Butterworth v. Fluellen, 389 So.2d 968, 970 (Fla.1980); Lynch v. State, 293 So.2d 44, 45 (Fla.1974); State v. Fraser, *1015 426 So.2d 46 (Fla. 5th DCA 1982); State v. Plachta, 415 So.2d 1356 (Fla. 2d DCA 1982); State v. Bonamy, 409 So.2d 518 (Fla. 5th DCA 1982); Shrum v. State, 401 So.2d 941 (Fla. 5th DCA 1981); State v. Belien, 379 So.2d 446 (Fla. 3d DCA 1980); Fla.R. Crim.P. 3.191(d)(3)(ii), (e).